1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TONY BLACKMAN,                              No.  2:17-cv-1708 KJM AC P

12                    Plaintiff,

13           v.                                   FINDINGS AND RECOMMENDATIONS

14    JERRY BROWN, et al.,

15                    Defendants.

16

17           By an order filed March 9, 2018, plaintiff was ordered to pay the filing fee within thirty

18    days or face dismissal of the case.  ECF No. 13.  The thirty day period has now expired, and

19    plaintiff has not paid the filing fee or otherwise responded to the court's order.

20           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21    prejudice.

22           These findings and recommendations are submitted to the United States District Judge

23    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24    after being served with these findings and recommendations, plaintiff may file written objections

25    with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

26    ////

27    ////

28    ////

                                                   1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 1, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE